ACCEPTED
03-15-00506-CV
8098720
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/4/2015 3:09:09 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00506-CV**

IN THE COURT OF APPEALS
FOR THE THIRD COURT OF APPEALS DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/4/2015 3:09:09 PM
JEFFREY D. KYLE
Clerk

## EUGENE MILES PRENTICE, RICHARD M. SPAZIANO, and CARL WILLIAM POLLOCK,

*Appellants*,

vs.

## FROST BANK,

*Appellee*.

Appeal from the 200th District Court of Travis County, Texas
Docket No. D-1-GN-13-000711

# AGREED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellants, Eugene Miles Prentice, Richard M. Spaziano, and Carl William Pollock, respectfully requests that the Court grant them a 14 day extension of time, to and including December 21, 2015, for them to file a combined Appellants' Brief. In support, the Appellants respectfully show:

1

## Procedural History

1. This is an appeal of a final summary judgment, which was perfected August 12, 2015. The Clerk's Record was filed October 9, 2015. The Court previously granted a single extension of time pursuant to an unopposed motion. Currently, the Appellants' Briefs are due Monday, December 7, 2015.

2. In this appeal, Eugene Miles Prentice and Richard M. Spaziano are represented by the undersigned counsel. Carl William Pollock is *pro se*. The Appellants have agreed to submit a single brief. While it is anticipated that counsel for Prentice and Spaziano will perform the bulk of the drafting, drafts of the brief will be circulated to Pollock for his comments.

## Grounds for Granting an Extension of Time

3. The Court should grant an extension of time upon the showing of any reasonable explanation. *See National Union Fire Ins. Co. v. Ninth Court of Appeals*, 864 S.W.2d 58, 60 (Tex. 1993) (any demonstration of the need for additional time, short of deliberate or intentional noncompliance, qualifies as a reasonable explanation).

4. The undersigned counsel respectfully requests a 14 day extension of time because the parties have engaged in meaningful settlement negotiations which, if successful, would render this appeal moot, except for the entry of an agreed dispositive order. These settlement negotiations

have taken place during the past three days, and are continuing. The parties have agreed that a 14 day extension of time would save an unnecessary expenditure of time and resources should their settlement negotiations ultimately prove successful.

## Agreement of Opposing Counsel

5. The undersigned attorney has conferred with opposing counsel, Kendall D. Hamilton, regarding this Motion. He is not opposed to the extension of time requested herein. Likewise, the *pro se* Appellant, Carl William Pollock, is unopposed to the relief requested.

WHEREFORE, for the foregoing reasons, Appellant, Eugene Miles Prentice, Richard M. Spaziano, and Carl William Pollock respectfully request that the Court extend the deadline for them to file their principal briefs to Monday, December 21, 2015, as well as such other relief which is appropriate.

Respectfully Submitted,

Pendergraft & Simon, LLP
2777 Allen Parkway, Suite 800
Houston, TX 77019
Tel. 713-528-8555
Fax. 713-868-1267

/s/ *William P. Haddock*
William P. Haddock
Texas Bar No. 00793875
whaddock@pendergraftsimon.com
Robert L. Pendergraft

Texas Bar No. 15743500
rlp@pendergraftsimon.com

*Counsel for Eugene Miles Prentice and
Richard M. Spaziano*


/s/ *Carl William Pollock*<sup>*with permission by WPH</sup>
Carl William Pollock
1200 Barton Creek Blvd. #3
Austin, TX 78735
Tel. 512-656-6374
bpollock@healthcarerecoveryadvisors.com

*Appellant, pro se*


/s/ *Kendall D. Hamilton*<sup>*with permission by WPH</sup>
Kendall D. Hamilton
Texas Bar No. 08831900
900 RR 620 South, Suite C101 #164
Austin, TX 78734
Tel. 512-261-9938
Fax. 512-261-9959
hamiltonlaw@austin.rr.com

*Counsel for Appellee*

4

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Agreed Motion for Extension of Time has been served on the following counsel/parties of record via e-service or facsimile transmission, if e-service is unavailable, in accordance with the Tex. R. App. P. 9.5 and local rules for electronic filing on this 4th day of December 2015:

Kendall D. Hamilton
Law Office of Ken Hamilton
900 RR 620 South
Suite C101#164
Austin, TX 78734
*Counsel for Frost Bank*

Carl William Pollock
1200 Barton Creek Blvd. #3
Austin, TX 78735
bpollock@healthcarerecoveryadvisors.com
(by agreement)
*Appellant, pro se*

/s/ *William P. Haddock*
William P. Haddock